**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)



# Court of Appeals

## Thirteenth District of Texas

October 02, 2014

Charlie O. Burnett III
914 Ashland
Corpus Christi, TX 78412
* DELIVERED VIA E-MAIL *

Hon. Maureen S. Kersey
1300 Glade Road
Colleyville, TX 76034
* DELIVERED VIA E-MAIL *

Re: Cause No. 13-14-00518-CV
Tr.Ct.No. 2014-CCV-60675-5
Style: Charlie O. Burnett, III v. DRO IP, Ltd.

  Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc: County Court at Law No. 5 (DELIVERED VIA E-MAIL)
  Hon. Patsy Perez, Nueces County District Clerk (DELIVERED VIA E-MAIL)
  Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
  (DELIVERED VIA E-MAIL)